UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NEW YORK

| | |
|---|---|
| MARIE KEIFMAN,<br><br>    Plaintiff,<br><br>v.<br><br>MERCANTILE ADJUSTMENT BUREAU, LLC,<br><br>    Defendant. | Civil Action No.:  13-cv-1128 |

**NOTICE OF MOTION AND MOTION TO ADMIT ATTORNEY *PRO HAC VICE***

PLEASE TAKE NOTICE THAT upon this Notice of Motion and Motion to Admit Attorney *Pro Hac Vice*, and the Affidavit of Allison L. Cannizaro, Esq., in Support of Motion to Admit *Pro Hac Vice*, dated January 8, 2014, SESSIONS, FISHMAN, NATHAN & ISRAEL, OF NEW YORK, LLC, Michael Del Valle, Esq., counsel on behalf of Defendant MERCANTILE ADJUSTMENT BUREAU, LLC., will move this Honorable Court, at a date and time to be determined by the Court, at the United States Court House, 68 Court Street, Buffalo, New York, for an Order granting the admission *pro hac vice* of Allison L. Cannizaro, Esq., pursuant to Local Rule 83.1(c).

Dated: January 29, 2014.

                Respectfully Submitted,

                /s Michael Del Valle
                Michael Del Valle, Esq.
                New York Bar No.: 2753507
                SESSIONS, FISHMAN, NATHAN & ISRAEL OF NEW YORK, LLC
                130 John Muir Drive, Suite 106
                Amherst, NY 14228
                Telephone: (716) 625-7492
                Facsimile: (716) 625-7497
                E-Mail: mdelvalle@sessions-law.biz
                Attorney for Mercantile Adjustment Bureau, LLC

**CERTIFICATE OF SERVICE**

    I, Michael Del Valle, Esq., hereby certify and affirm that on the 29th day of January 2014, I electronically filed the foregoing Notice of Motion and Motion to Admit Attorney *Pro Hac Vice* and the Affidavit of Allison L. Cannizaro, Esq. in Support of Motion to Admit *Pro Hac Vice* with the Clerk of the United States District Court for the Western District of New York using its CM/ECF system. Notice of this filing will be sent to the parties of record by operation of the Court's electronic filing system, including plaintiff's counsel as described below. Parties may access this filing through the Court's system.

Seth Andrews, Esq.
Law Offices of Kenneth Hiller, PLLC
6000 North Bailey Avenue, Suite 1A
Amherst, NY  14226

/s Michael Del Valle
Michael Del Valle, Attorney

5