UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

---

MARIE KEIFMAN

     Plaintiff,

    v.

                    Civil Action No. 13-CV-1128

MERCANTILE ADJUSTMENT BUREAU, INC.,

    Defendant,

---

### STIPULATION OF DISCONTINUANCE

**IT IS HEREBY STIPULATED AND AGREED**, by and between the undersigned, the attorneys of record for all parties to the above entitled action, that whereas no party hereto is an infant, incompetent person for whom a committee has been appointed or conservatee, and no person not a party has an interest in the subject matter of the action, the above entitled action be, and the same hereby is discontinued with prejudice.

DATED:

Seth J. Andrews, Esq.
Law Offices of Kenneth Hiller
*Attorneys for Plaintiff*
6000 North Bailey Avenue, Suite 1A
Amherst, New York 14226
Phone:  (716) 564-3288

DATED:

Aaron R. Easley, Esq.
Sessions, Fishman, Nathan &
Israel, LLC
*Attorneys for Defendant*
3 Cross Creek Drive
Flemington, New Jersey 08822
Phone: (908) 751-5940